UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Criminal Docket<br>No. CR-11-0143 |
| WILLIAM TAYLOR, | (Ross, J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $12,436.45, that is, restitution in the amount of $4,836.45, a fine in the amount of $7,500.00, and a special assessment in the amount of $100.00, on January 25, 2017, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on January 27, 2017; and

WHEREAS, said judgment has been fully paid as to the defendant WILLIAM TAYLOR;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant WILLIAM TAYLOR.

Dated:   Brooklyn, New York
         September 13, 2018

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By:   /s/
PETER A. LASERNA
Assistant U.S. Attorney
(718) 254-6152